# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Dawna Kelly |
| LAW CLERK | ☑ Glotfelty    ☐ Ericson    ☐ |

DATE: *October 2, 2006*

TIME:

| | a.m. | | | a.m. |
|---|---|---|---|---|
| 3:35 | p.m. | | 4:00 | p.m. |

**MC**
~~CIVIL~~ ACTION:

| H | 06 | 298 |
|---|---|---|

STYLE:

United States
*versus*
Ohendalski

DOCKET ENTRY

(LNH) ☑ Hearing; _____ day ☐ Bench ☐ Jury Trial    (Rptr. *Gayle Dye.* )
                            (bntrl)   (jytrl)

*Scott Shields* (me.) _____ for ☑ Ptf. #_____ ☐ Deft. #_____

*Richard Ohendalski (pro-se)* _____ for ☐ Ptf. #_____ ☑ Deft. #_____

_____ for ☐ Ptf. #_____ ☐ Deft. #_____

_____ for ☐ Ptf. #_____ ☐ Deft. #_____

☐    All motions not expressly decided are denied without prejudice.

☐    **Evidence taken** [exhibits or testimony].

☐    Argument heard on: ☐ all pending motions;    ☐ these topics:

_____

_____

☐    Motions taken under advisement: _____

☑    Order to be entered.

☐    Miscellaneous review set: _____

☐    Rulings orally rendered on: _____

_____

_____

_____

_____