| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
　　　　　　　Plaintiff, §
versus § MISCELLANEOUS CASE H-06-298
§
§
RICHARD OHENDALSKI, §
§
　　　　　　　Defendant. §

# Order

1. Richard Ohendalski will remain in the custody of the U.S. Marshal service until he complies with the U.S. Government's summons, and this court's orders.

2. The production requires every physical and electronic document that may reflect a financial transaction of any nature, created or modified between January 1, 2001, and October 2, 2006, for Ohendalski, and for every entity with which he is affiliated, directly or indirectly.

3. When everything has been delivered, either party may request that the court reconvene.

Signed October ___2___, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge