UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Petitioner, | §<br>§<br>§ | |
| v. | § | Civil No. H-06-0298 |
| | § | |
| RICHARD S. OHENDALSKI<br>Respondent. | §<br>§<br>§ | |

## NOTICE OF APPEARANCE

Please be advised, Respondent, Richard S. Ohendalski has enrolled May & McCreight, LLP as counsel. Please provide notice to the undersigned of future pleadings and correspondence.

May & McCreight, LLP
800 W. Sam Houston Pkwy S.
Suite 100
Houston, Texas 77042
Telephone: 713-227-4243
Telecopier: 713-236-1342

The undersigned would request that the Court and all interested counsel, who are receiving a copy of this notice, make note of these changes.

Respectfully submitted,

MAY & McCREIGHT, L.L.P.

_____
HAROLD N. MAY
S.B.O.T.13264800
800 W. Sam Houston Pkwy S.
Suite 100
Houston, Texas 77042
Telephone: 713-227-4243
Telecopier: 713-236-1342

Attorneys for Respondent,
Richard S. Ohendalski.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel record on this the 4th day of October, 2006.

_____
Harold N. May

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT - 4 2006
MICHAEL N. MILBY, CLERK OF COURT

# MAY & McCREIGHT, L.L.P.

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AND COUNSELORS AT LAW

800 W. SAM HOUSTON PKWY S.
SUITE 100
HOUSTON, TEXAS 77042-1908

**TELEPHONE**
(713) 227-4243

**TELECOPIER**
(713) 236-1342

HAROLD N. MAY, C.P.A., LL.M.
hmay@airmail.net
Board Certified – Tax Law and
Commercial Real Estate Law
Texas Board of Legal Specialization

October 4, 2006

**VIA COURIER**
Michael Milby
U.S. District Court Clerk
515 Rusk
Houston, Texas 77002

Re: H-06-0298; United States of America vs. Richard S. Ohendalski; In the United States District Court, Southern District of Texas, Houston Division.

Dear Mr. Milby:

Enclosed, please find one (1) original and one (1) copy of the following document to be filed with the Court in the above-reference case:

1) Notice of Appearance.

Please file-stamp the extra-enclosed "FILE COPY" and return to the undersigned.

Thank you for your courtesy and cooperation in this matter. Please contact the undersigned if you have any questions.

Sincerely,

MAY & McCREIGHT, L.L.P.

Harold N. May
HNM/la

Enclosure

Mr. Michael Milby
U.S. District Clerk
October 4, 2006
Page 2 of 2

cc: **VIA FACSIMILE NO. (202) 514-6770**
Jacqueline Camile Brown
United States Department Of Justice
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044

**VIA FACIMILE NO. (281) 721-7356**
R. Scott Shields
Internal Revenue Service
8701 S. Gessner, Suite 710
Houston, Texas 77074