| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA, §
§
              Petitioner, §
versus §    MISCELLANEOUS H-06-298
§
§
RICHARD S. OHENDALSKI, §
§
              Respondent. §

## Order to Vacate Arrest

On the government's request, the order for the arrest of Richard S. Ohendalsky is vacated..

Signed October _6_, 2006, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge