# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Dawna Kelly |
| LAW CLERK | ☑ Glotfelty ☐ Ericson ☐ |
| DATE | October 5th, 2006 |
| TIME | 3:05 p.m. — 3:15 p.m. |
| MC ACTION | H — 06 — mc — 298 |
| STYLE | U.S.A. versus Ohendalski |

DOCKET ENTRY

(LNH) ☑ Hearing; ____ day ☐ Bench ☐ Jury Trial (Rptr. Stephanie Neisser)
(me.) (bntrl) (jytrl)

Scott Shelder _____ for ☑ Ptf. # ____ ☐ Deft. # ____
Harold May + Thomas Hester _____ for ☐ Ptf. # ____ ☑ Deft. # ____
_____ for ☐ Ptf. # ____ ☐ Deft. # ____
_____ for ☐ Ptf. # ____ ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on: ☐ all pending motions; ☐ these topics:

☐ Motions taken under advisement: _____
☐ Order to be entered.
☐ Miscellaneous review set: _____
☐ Rulings orally rendered on: Motion to release Ohendalski denied.