IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 4:06-mc-00298 |
| ) | |
| RICHARD S. OHENDALSKI, ) | |
| ) | |
| Respondent. ) | |

STIPULATION FOR DISMISSAL OF
PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Petitioner, United States of America, and the Respondent, Richard S. Ohendalski, stipulate to the dismissal of the petition of the United States to enforce two Internal Revenue Service Summonses. (Doc. 1.) Respondent Richard S. Ohendalski has complied in full with the summonses issued to him on February 23, 2005 and April 6, 2006, and enforced by this Court on September 8, 2006. (Doc. 11.)

All parties agree to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| DONALD J. DeGABRIELLE, JR. | May & McCreight, L.L.P. |
| United States Attorney | |
| | |
|   s/ Jacqueline Brown |   /s Harold May |
| JACQUELINE C. BROWN | HAROLD N. MAY |
| Attorney for Petitioner | Attorney for Respondent |
| Member, New York Bar | S.B.O.T. 13264800 |
| Trial Attorney, Tax Division | 800 W. Sam Houston Pkwy. S. |
| U.S. Department of Justice | Suite 100 |
| Post Office Box 7238 | Houston, Texas 77042 |
| Ben Franklin Station | Indianapolis, Indiana 46204 |
| Washington, D.C. 20044 | Telephone: (713) 227-4243 |
| Telephone: (202) 616-9482 | Telecopier: (713) 236-1342 |
| Fax: (202) 514-6770 | *(signed by Jacqueline Brown with permission of Harold May)* |

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that the foregoing Stipulation of Dismissal has been filed electronically with the Court's CM/ECF system, which shall provide electronic notice to the following, this 28th day of September, 2007.

    Harold N. May, Esq.
    May & McCreight, LLP
    800 W. Sam Houston Pkwy S.
    Suite 100
    Houston, Texas 77042

    s/ Jacqueline Brown
    JACQUELINE C. BROWN
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 7238
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-9482