UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Miscellaneous H-06-298 |
| | § | |
| Richard S. Ohendalski, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

Under the stipulation of dismissal, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on October 2, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge